# THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel: (718) 855-3627                                                                                                        Fax: (718) 855-4696

March 22, 2019

Douglas C. Palmer
Clerk of the Court
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Lelchook, et al. v. Societe Generale De Banque Au Liban Sal, et al.*,
             19-cv-00033-RJD-SJB

Dear Mr. Palmer:

    We represent the plaintiffs in the above-referenced action, and we write to request that you initiate service of process on the defendants by a form of mail requiring a signed receipt (*i.e.*, Federal Express), pursuant to Fed. R. Civ. P. 4(f)(2)(C)(ii).

    Please find enclosed eleven copies of the complaint and summonses addressed to the eleven defendants. Also enclosed are eleven Federal Express shipping parcels and eleven Federal Express international waybills with our account number already filled in. The eleven defendants' addresses are as follows:

1. **Societe Generale De Banque Au Liban Sal**
   Riad el Solh Street
   Beirut, 1107 Lebanon

2. **Fransabank Sal**
   Hamra Str.,
   Riad El Solh
   Beirut 1107 2803 Lebanon

3. **Middle East Africa Bank Sal**
   Hejeij Building, Adnan Al Hakim Ave.
   Beirut 1105 2080 Lebanon

4. **Blom Bank Sal**
   Verdun – Rachid Karami St., Blom Bank Bldg.
   Riad El-Solh, Beirut 1107 2807, Lebanon

THE BERKMAN LAW OFFICE, LLC

March 22, 2019
Page 2 of 2

5. **Byblos Bank Sal**
   Byblos Bank Tower
   Elias Sarkis Ave. - Achrafieh
   Beirut, Lebanon

6. **Bank Audi Sal**
   Bab Idriss - Omar Daouk Street
   Bank Audi Plaza
   Beirut, Lebanon

7. **Bank of Beirut Sal**
   Foch Street
   Beirut Central District - Bank of Beirut SAL Building
   Beirut, Lebanon

8. **Lebanon and Gulf Bank Sal**
   Allenby Street, Beirut Central District
   Riad El Soloh
   Beirut, Lebanon

9. **Banque Libano-Française Sal**
   5 Rome Street
   Beirut Liberty Plaza Building
   Hamra
   Beirut, 1107 2060 Lebanon

10. **Bank of Beirut and the Arab Countries Sal**
    250 Clemenceau Street, BBAC Building,
    Beirut, Lebanon

11. **Jammal Trust Bank Sal**
    JTB Tower – Tahweeta High Way
    Elias Hraoui Avenue
    Beirut, Lebanon

Please address the eleven waybills to the eleven defendants at the addresses above. Please then dispatch all the packages to the defendants by Federal Express, and make the appropriate docket entries.

We thank you for your assistance.

Respectfully,

Robert J. Tolchin