UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LELCHOOK, et al.,<br><br>                       Plaintiffs,<br><br> - v -<br><br>SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN SAL, et al.,<br><br>                       Defendants. | No. 1:19-cv-00033-RJD-SJB<br><br>**RULE 7.1 STATEMENT OF DEFENDANT SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN SAL** |

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Société Générale de Banque au Liban S.A.L. ("SGBL") makes the following disclosure through its undersigned counsel:

1. SGBL does not have a parent corporation; and

2. Société Générale S.A. (France) is a publicly held corporation that owns 10% or more of SGBL's stock.

Dated: April 19, 2019

**ASHCROFT LAW FIRM, LLC**

By:   /s/ Michael J. Sullivan
       Michael J. Sullivan *(pro hac vice pending)*
       200 State Street, 7th Floor
       Boston, MA 02109
       T:  617-573-9400
       F:  617-933-7607
       msullivan@ashcroftlawfirm.com

       *Counsel for Société Générale de Banque au Liban S.A.L.*

**CERTIFICATE OF SERVICE**

I, Michael J. Sullivan, certify that this claim is being filed through the ECF system on April 19, 2019, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ Michael J. Sullivan
Michael J. Sullivan
