IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ESTER LELCHOOK, et al.,<br><br>     Plaintiffs,<br><br>     v.<br><br>SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN S.A.L., et al.,<br><br>     Defendants. | Case No. 1:19-cv- 00033-RJD-SJB |

**DEFENDANT JAMMAL TRUST BANK S.A.L.'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant Jammal Trust Bank S.A.L. hereby certifies that Hanover International Holding Limited is a parent corporation of Jammal Trust Bank S.A.L. and that no publicly held corporation has a 10% or greater ownership interest in Jammal Trust Bank S.A.L.[1]

Dated: April 19, 2019

Respectfully submitted,

*/s/  Christopher M. Curran*
Christopher M. Curran
**WHITE & CASE**
701 Thirteenth Street, NW
Washington, DC 20005
Tel.:  (202) 626-3600
Fax:  (202) 639-9355
E-mail:  ccurran@whitecase.com

*Counsel for Defendant Jammal Trust Bank S.A.L.*

---

[1]  Jammal Trust Bank S.A.L. has not yet responded to the Complaint in this matter.  In filing this Statement, Jammal Trust Bank S.A.L. does not waive, and instead expressly preserves, all rights, privileges, immunities, affirmative defenses, and other defenses, including all defenses based upon the lack of personal jurisdiction over it.