

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Jonathan Siegfried
Jonathan.Siegfried@dlapiper.com
T   212.335.4925
F   212.884.8477

August 22, 2019

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York  11201

Re: *Lelchook, et al. v. Société Générale de Banque au Liban S.A.L., et al.*, No. 1:19-cv-00033-RJD-SJB

Dear Judge Dearie:

We write on behalf of all defendants and with the consent of counsel for plaintiffs to request the adjournment of Defendants' time to submit a pre-motion conference letter in connection with their proposed motion to dismiss from August 23, 2019 to September 13, 2019.

Pursuant to the parties' Stipulation (ECF No. 54) so-ordered by the Court, "should one or more Defendants move to dismiss the Complaint, they shall request a pre-motion conference by filing a letter with the Court, containing a proposed briefing schedule, by August 23, 2019."  Given ongoing discussions between counsel for all parties regarding Defendants' proposed request for a pre-motion conference and briefing schedule, and the logistics in communicating with the parties' respective clients at the end of August, we respectfully request a short adjournment of the time to submit the letter and briefing schedule to September 13, 2019.  This is the first request to extend the submission date of the pre-motion letter set forth in the so-ordered Stipulation.

We thank the Court for its consideration of this request.

Respectfully Submitted,

/s/ *Jonathan Siegfried*

Jonathan Siegfried