**WHITE & CASE**

September 13, 2019

VIA ECF

The Honorable Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York  11201

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005-3807
T +1 202 626 3600

whitecase.com

*Lelchook, et al. v. Société Générale de Banque au Liban SAL, et al.*,
**No. 1:19-cv-00033-RJD-SJB**

Dear Judge Dearie:

Pursuant to Your Honor's Individual Motion and Practice Rules, Sec. III(A), and Order dated August 23, 2019, Defendant Jammal Trust Bank SAL ("JTB") respectfully requests a pre-motion conference regarding its anticipated motion to dismiss the claims against it in the above-referenced action. JTB intends to move to dismiss the claims under Rule 12(b)(2) of the Federal Rules of Civil Procedure for lack of personal jurisdiction and under Rule 12(b)(6) for failure to state a claim.

By letter to the Court today, ten other bank defendants in this action also stated their intention to file a motion to dismiss for lack of personal jurisdiction and failure to state a claim. ECF No. 63. In the interest of judicial efficiency, JTB anticipates that its briefing in support of its motion to dismiss will incorporate by reference portions of the other defendants' briefing that address issues of common application. JTB proposes to address any issues unique to JTB in separate briefing according to the same briefing schedule applicable to the other bank defendants. *See id.* at 3.

JTB therefore adopts and incorporates by reference the portions of the other defendants' letter (ECF No. 63) setting forth the Amended Complaint's failure to make a prima facie case of personal jurisdiction or to state a claim under the Anti-Terrorism Act (18 U.S.C. § 2331, et seq.) ("ATA"), as amended by the Justice Against Sponsors of Terrorism Act ("JASTA"). *See also, e.g.*, *Waldman v. PLO*, 835 F.3d 317 (2d Cir. 2016) (vacating and remanding with instructions to dismiss ATA claims for lack of personal jurisdiction); *Siegel v. HSBC N. Am. Holdings, Inc.*, No. 18-2540-cv, 2019 U.S. App. LEXIS 23658 (2d Cir. Aug. 8, 2019) (affirming dismissal for failure to state a claim under the ATA, as amended by JASTA).



The Honorable Raymond J. Dearie
September 13, 2019

JTB also anticipates that it will join the other defendants in opposing any request by Plaintiffs to stay this action.

          Respectfully submitted,

          */s/  Nicole Erb*
          Nicole Erb
          Christopher M. Curran
          WHITE & CASE LLP
          701 Thirteenth Street, NW
          Washington, DC 20005
          Tel.:  (202) 626-3694
          Fax:   (202) 639-9355
          E-mail:  nerb@whitecase.com

          *Counsel for Defendant Jammal Trust Bank SAL*

cc:   Counsel of Record (via ECF)