

DLA Piper LLP (US)
1251 Avenue of the Americas
27th Floor
New York, New York 10020-1104
www.dlapiper.com

Jonathan Siegfried
Jonathan.Siegfried@dlapiper.com
T  212.335.4925
F  212.884.8477

September 25, 2019

*VIA ECF*

Hon. Sanket J. Bulsara
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Lelchook, et al. v. Société Générale de Banque au Liban S.A.L., et al.,
No. 19-cv-00033-RJD-SJB (E.D.N.Y.)**

Dear Magistrate Judge Bulsara:

      We represent Defendants Byblos Bank S.A.L., Bank of Beirut and the Arab Countries S.A.L., and Lebanon & Gulf Bank S.A.L. in the above-referenced matter.  We submit this joint request on behalf of all parties to adjourn the September 27, 2019 conference before Your Honor in this matter.

      Subsequent to your April 30, 2019 scheduling order, Judge Dearie, on September 18, 2019, has now directed the parties to appear before him on October 17, 2019 for a pre-motion conference in connection with Defendants' motion to dismiss the Complaint.  Accordingly, we request that the conference before Your Honor be adjourned *sine die* pending the outcome of that conference.

      Respectfully submitted,

      */s/ Jonathan D. Siegfried*

      Jonathan D. Siegfried

cc:   All counsel of record (*via* ECF)