# THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel: (718) 855-3627                                                                                               Fax: (718) 855-4696

November 7, 2019

**BY ECF**
Hon. Raymond J. Dearie
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *Lelchook, et al. v. Société Générale de Banque au Liban S.A.L., et al.*,
              Case no. 19-cv-00033 (E.D.N.Y.)

Dear Judge Dearie:

      We represent plaintiffs in the above-referenced action. Following the pre-motion conference on October 17, 2019, the Court entered an order providing that "Counsel for plaintiffs will advise court in writing on or before 11/7/2019 if he intends to amend pleading; thereafter, if appropriate, parties will agree upon a briefing schedule and submit proposed schedule for approval."

      Plaintiffs have decided to amend their complaint, and respectfully request a period of 30 days, i.e. until Monday December 2, 2019, in which to file their First Amended Complaint.

      Pursuant to the Court's order, we will shortly meet and confer with defendants' counsel about a briefing schedule, and submit a proposed schedule to the Court for approval.

      We thank the Court for its efforts in this matter.

                                                                       Respectfully,

                                                                       Robert J. Tolchin

cc. All counsel of record by ECF