UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

ESTER LELCHOOK, *et al.*,

                Plaintiff,

-against-

SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN SAL, *et al.*,

                Defendants.

------------------------------------------------------------------- X

Case no.
19-cv-00033 (RJD) (sjb)

### NOTICE OF VOLUNTARY DISMISSAL

All the plaintiffs herein hereby give notice that their action against defendants FRANSABANK SAL, MIDDLE EAST AFRICA BANK SAL, BLOM BANK SAL, BYBLOS BANK SAL, BANK AUDI SAL, BANK OF BEIRUT SAL, LEBANON AND GULF BANK SAL, BANQUE LIBANO-FRANÇAISE SAL, BANK OF BEIRUT AND THE ARAB COUNTRIES SAL, JAMMAL TRUST BANK SAL, and JOHN DOES 1-50, is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: Brooklyn, New York
       November 18, 2019

Respectfully submitted,

THE BERKMAN LAW OFFICE, LLC
*Attorneys for the Plaintiffs*

by: _____
     Robert J. Tolchin

111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627

To: All counsel of record by ECF