# **Exhibit 2**



Since the beginning of Year 2000, the Bank has considerably strengthened its position in the banking sector, by adopting an aggressive strategy to increase its market share, grow the volume of its banking activities, and improve its net results. This aggressive strategy coupled with rigorous risk management measures has positioned the Bank in the top ten banks operating in Lebanon. .

The years 1999 till 2009 were excellent years for the Lebanese Canadian Bank S.A.L. (LCB) within a steadily growing banking environment in Lebanon. In the past 10 years **LCB was able to grow more than 10 times** from:

- **Assets** of US$ 404 Million to **US$ 5,200 Million**, & from ;
- **Deposits** of US$ 346 Million to **US$ 4,433 Million**, & from ;
- **Loans** of US$ 109 Million to **US$ 1,321 Million**, & from ;
- **Equity** of US$ 17 million to **US$ 342 Million**, & from ;
- **Profits** of US$ 3 Million to **US$ 36 Million**.



Our **Compound Annual Growth rate** (CAGR) for the **Ten Years** period between 1999 till 2009 reached an overall ratio of around **30.00%**, and proved that dedication coupled with strategic vision contributed to financial results which grew faster than our peers and to performance ratios that exceeded market benchmark.

As member of the Alpha Group (i.e. the major banks with deposits exceeding US$ 2 billion), LCB saw its figures increase as follows from the beginning of the year 2000 to end October 2010:

- Total Assets from US$ 404 Million to US$ 5,850 Million,
- Customers' Deposits base from US$ 346 Million to US$ 5,100 Million,
- Loan portfolio increased from US$ 110 Million to US$ 1,750 Million,
- Shareholders' Equity from US$ 17 Million to US$ 400 Million







The Bank's solvency ratio, according to Basle 2, exceeded 11% during year 2010, much better than the required international rate of 8%. LCB also remains concerned about increasing its equity, and reinforcing its corporate governance techniques. As to the Bank's liquidity ratio, it has always been very comfortable and has constantly exceeded the 75% benchmark.

In the past years, LCB achieved performance ratios as to profits that exceeded by far those of the banking sector in Lebanon, which is expected to reach around $60 Million by end of 2010, .

The Bank maintained this outstanding performance by relying on its internal resources, at a time when growth in the banking sector was mainly based on mergers and acquisitions. This success story and the achievements that preceded it are due to the following reasons:

1. A network of branches that grew from 10 as at the beginning of the year 2000 to 35 currently (October 2010). A large share of this growth resulted from buying the branches of other banks, which have ceased their activities, and commitment to expand the Bank's branch network both domestically (with licenses to open 3 new branches during the next 12 months), and abroad, in order to reach a broader portion of the Lebanese market.
2. The implementation by the Bank of an investment strategy that led to outstanding results, which translated into a consistent growth of profits in the past years. This achievement was the result of reducing the cost of funds, improving the collection of commissions and following a cost containment policy, which reduced the cost to income ratio to around 40% (currently),
3. LCB was the first bank in Lebanon to receive the ISO Certification Award. It also conducted successful advertising campaigns, which contributed in strengthening customers' trust in the Bank, and further develop its set of Procedures by updating them continuously,
4. A commitment to satisfy, and if possible exceed customers' expectations, as we believe that customers' satisfaction is the true measurement of success,
5. The implementation of an internal policy, which considers the appreciation and reward of quality performance as well as staff welfare among the priorities and core values,
6. A team work spirit adopted, under the leadership of the Chairman, the members of the Board of directors, and the Bank's senior management team who believe that team work is the most important driver for corporate success,

7. Continuous improvement and investment in latest technologies, mainly aiming to developing, implementing and installing new Management Information System (MIS) for better control; implementing a new Data warehouse solution (Software & Hardware), implementing the newly acquired ALM solution, and finishing the conversion of the Bank into Centralized system, in addition of creating a new disaster recovery site;
8. Enhancing private banking services through the recently established private banking unit & specialized financial institution to provide dedicated services to large and medium net-worth private individuals; and continuing to focus on development of a wider range of investment and insurance products;
9. Diversifying geographically by establishing new offices and making equity participations in the region, particularly in the Levant area, Africa, and the Gulf, and internationally;
10. Expanding economic capital within the possibilities provided by a difficult environment, while continuously increasing regulatory capital to become more commensurate with the level of risk taken by the Bank.

BACK TO TOP

WEBDESIGN BY koein