**ASHCROFT LAW FIRM**™

February 7, 2020

*Via Electronic Mail Only*

Robert Tolchin
The Berkman Law Office, LLC

    Re: *Lelchook, et al. v. Société Générale de Banque au Liban S.A.L.,*
        19-cv-00033 (E.D.N.Y.)

Dear Attorney Tolchin:

    On behalf of defendant Société Générale de Banque au Liban S.A.L. ("SGBL") and pursuant to the Honorable Judge Dearie's Individual Motion Practices, Section III(D)(1), attached please find the following:

1) SGBL's Notice of its Motion to Dismiss, dated February 7, 2020;
2) SGBL's Memorandum of Law in Support of its Motion to Dismiss, dated February 7, 2020; and
3) Declaration of Michael J. Sullivan, dated February 7, 2020 (with accompanying Exhibits).

        Sincerely,

        Michael J. Sullivan
        Ashcroft Law Firm, LLC
        200 State Street, 7th Floor
        Boston, MA 02109
        msullivan@ashcroftlawfirm.com

        *Counsel for Defendant Société Générale de Banque au Liban S.A.L.*

cc: Ms. Ellen Mulqueen (Via U.S. Mail w/o attachments)
    All Counsel of Record (Via ECF w/o attachments)