# THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel: (718) 855-3627                                                                                                              Fax: (718) 855-4696

May 27, 2020

**BY ELECTRONIC MAIL**

Michael J. Sullivan
Ashcroft Law Firm, LLC
200 State Street, 7th Floor
Boston, MA 02109
msullivan@ashcroftlawfirm.com

Re: *Lelchook, et al. v. Société Générale de Banque au Liban S.A.L.*, 19-cv-00033 (E.D.N.Y.)

Dear Counsel:

On behalf of the plaintiffs, and pursuant to the Honorable Judge Dearie's Individual Motion Practices, Section III(D)(1), this is to confirm that plaintiffs' Memorandum in Opposition to defendant Société Générale de Banque au Liban S.A.L.'s Motion to Dismiss were served on defense counsel by electronic mail on May 22, 2020.

Thank you for your courtesies in this matter.

Sincerely,

Robert J. Tolchin

Cc: Ms. Ellen Mulqueen (Via U.S. Mail w/o attachments)