UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

LELCHOOK, *et al.*,

                    Plaintiffs,

        -against-

SOCIETE GENERALE DE BANQUE AU LIBAN
S.A.L.,

                    Defendant.

19-cv-00033-RJD-SJB

## NOTICE OF MOTION TO DISMISS
## BY SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN S.A.L.

PLEASE TAKE NOTICE that upon the Motion to Dismiss Plaintiffs' First Amended Complaint of Defendant Société Générale De Banque au Liban S.A.L. ("SGBL"), dated February 7, 2020, SGBL, by and through its attorneys, Ashcroft Law Firm, LLC, 200 State Street, 7th Floor, Boston, MA 02109, hereby moves this Court, before the Honorable Raymond J. Dearie, United States District Judge, at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, for an order dismissing with prejudice Plaintiffs' First Amended Complaint, dated December 9, 2019, pursuant to Federal Rules of Civil Procedure 12(b)(2), lack of personal jurisdiction, and 12(b)(6), failure to state a claim upon which relief can be granted, and granting such further relief this Court deems just and proper.

                    Respectfully submitted,

Dated February 7, 2020        By:    /s/ Michael J. Sullivan
                    Michael J. Sullivan
                    Brian J. Leske
                    Ashcroft Law Firm, LLC
                    200 State Street, 7th Floor
                    Boston, MA 02109
                    617-573-9400

*Counsel for Defendant Société*      msullivan@ashcroftlawfirm.com
*Générale de Banque au Liban S.A.L.*    bleske@ashcroftlawfirm.com