

IH-32 Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

#### Full Caption of Later Filed Case:

| Plaintiff | Case Number |
|---|---|
| vs. | |
| Defendant | |

#### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

| Plaintiff | Case Number |
|---|---|
| vs. | |
| Defendant | |

Status of Earlier Filed Case:

☐ Closed (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open (If so, set forth procedural status and summarize any court rulings.)

Second Amended Complaint filed several weeks ago, motion to dismiss to be filed next month, personal jurisdiction established by earlier rulings by the New York Court of Appeals and the Second Circuit.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Both cases are civil actions for international terrorism under the Antiterrorism Act, 18 U.S.C. sec. 2333, brought against the Lebanese Canadian Bank, SAL ("LCB") by U.S. citizens injured or killed by rockets fired by Hezbollah into Israel in 2006.

The later-filed case adds several new plaintiffs who were not parties to the earlier-filed case. Additionally, the later-filed case names as defendants senior officers of LCB who were involved in LCB's provision of banking service to Hezbollah, and all the plaintiffs in the earlier-filed case are also plaintiffs in the later-filed case, in respect to the claims against the new defendants.

In sum, the two cases overwhelmingly overlap in all material ways.

Signature: /s/ Robert J. Tolchin Date: 12/31/2018

Firm: The Berkman Law Office, 111 Livingston Street, Suite 1928 Brooklyn, New York 11201 (718) 855-3627