IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- X

ESTER LELCHOOK, *et al.*,

                Plaintiffs,

-against-

SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN SAL,

                Defendant.

---------------------------------------------------------------------- X

Case No.
1:19-cv-00033

## NOTICE OF ERRATA

**(Re Plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss (DE 88))**

    Plaintiffs hereby respectfully give notice that in footnote 24 of their Memorandum in Opposition to Defendant's Motion to Dismiss (DE 88), the references to LCB ("LCB coyly refrains…" and "If LCB plans to argue…") should have been to defendant SGBL (i.e., "SGBL coyly refrains…" and "If SGBL plans to argue…").[1]

Dated:  Brooklyn, New York
         July 9, 2020

                                      Respectfully submitted,

                                      THE BERKMAN LAW OFFICE, LLC
                                      *Attorneys for the Plaintiffs*

                                      by: _____
                                          Robert J. Tolchin

                                      111 Livingston Street, Suite 1928
                                      Brooklyn, New York 11201
                                      718-855-3627

---

[1] Plaintiffs' counsel alerted counsel for SGBL to these typographical errors on June 12, 2020.