**TABLE OF CONTENTS**

Introduction ..................................................................................................................................1

Background ..................................................................................................................................3

    a. Hizbollah and LCB ........................................................................................................3

    b. The Licci/Kaplan Action Against LCB ..........................................................................9

    c. SGBL Assumes LCB's Liability to Victims of the Hizbollah Rocket Attacks ................15

Argument ...................................................................................................................................18

    A. This Court Has Personal Jurisdiction Over the SGBL ....................................................18

        i. The Traditional Common Law Test .................................................................19

        ii. The Substantial Continuity Test ......................................................................20

    B. Alternatively, the Court Should Permit Jurisdictional Discovery ...................................30

    C. The New Plaintiffs Are Not Estopped by the Decision in *Kaplan v. LCB* .......................31

    D. The FAC States a Claim for Liability Under the ATA ....................................................35

        a. The FAC States a Claim for Secondary Liability ...................................................35

            1. The FAC Sufficiently Alleges That LCB Aided, Abetted and Conspired With "the person who committed" the Rocket Attacks ............ 35

            2. The FAC States a Claim for Aiding and Abetting ..................................... 38

            3. The FAC States a Claim for Conspiracy ................................................... 43

        b. The FAC States a Claim for Primary Liability .......................................................44

Conclusion .................................................................................................................................46