UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ESTER LELCHOOK, individually and as personal
representative of the Estate of David Martin Lelchook;
MICHAL LELCHOOK; YAEL LELCHOOK;
ALEXANDER LELCHOOK, individually and as
personal representative of the Estate of Doris Lelchook;
MALKA KUMER; CHANA LIBA KUMER; MIRIAM
ALMACKIES; CHAIM KAPLAN; RIVKA KAPLAN;
BRIAN ERDSTEIN; KARENE ERDSTEIN; MA'AYAN
ERDSTEIN; CHAYIM KUMER; NECHAMA KUMER;
LAURIE RAPPEPPORT; MARGALIT RAPPEPORT;
THEODORE (TED) GREENBERG; MOREEN
GREENBERG; JARED SAUTER; DVORA CHANA
KASZEMACHER; CHAYA KASZEMACHER ALKAREIF;
AVISHAI REUVANE; ELISHEVA ARON, YAIR MOR;
and MIKIMI STEINBERG,                                                 JUDGMENT

                                        Plaintiffs,              19-cv-00033 (RJD) (SJB)

        v.

SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN SAL,

                                        Defendant.
-------------------------------------------------------------X

        A Memorandum and Order of the Honorable Raymond J. Dearie, United States District

Judge, having been filed on March 31, 2021, granting defendant's motion to dismiss; and

dismissing plaintiffs' complaint; it is

        ORDERED and ADJUDGED that defendant's motion to dismiss is granted; and that

plaintiffs' complaint is dismissed.

Dated: Brooklyn, New York                          Douglas C. Palmer
       March 31, 2021                              Clerk of Court

                                        By:     /s/Jalitza Poveda
                                                Deputy Clerk