UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

Ester Lelchook, *et al.*,

                        Plaintiffs,

         -against-

Société Générale De Banque Au Liban, SAL,

                        Defendant.

Case No.
19-cv-00033 (RJD) (SJB)

-------------------------------------------------------------------X

## **NOTICE OF APPEAL**

Notice is hereby given that all plaintiffs in the above-captioned action appeal to the United States Court of Appeals for the Second Circuit from the Memorandum & Order of the United States District Court for the Eastern District of New York (Dearie, *J.*), dated March 31, 2021 (DE 91), which granted the defendant's motion to dismiss, and from the Judgment entered by the aforementioned district court dated March 31, 2021 (DE 92), which entered final judgment in favor of the defendant against the plaintiffs.

All plaintiffs herein hereby appeal from each and every part of the aforementioned Memorandum & Order, and Judgment, and from any and all other orders entered in this action that merged into the aforementioned Memorandum & Order, and/or into the aforementioned Judgment.

Dated:   Brooklyn, New York
           April 19, 2021

-2-

          Respectfully submitted,

          THE BERKMAN LAW OFFICE, LLC
          *Attorneys for the Plaintiffs-Appellants*

by:   */s/ Robert J. Tolchin*
          Robert J. Tolchin

111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627