ASHCROFT™

December 2, 2025

***VIA ECF***

Honorable Carol Bagley Amon,
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Lelchook v. Societe Generale de Banque au Liban SAL*, 1:19-cv-00033-CBA-VMS

Dear Judge Amon:

This Firm represents Defendant Société Générale de Banque au Liban S.A.L. ("SGBL") in the above-referenced matter.

Plaintiffs' recent letter to the Court (ECF No. 96) regarding a Rule 26(f) conference is premature, regrettable and needlessly involves the Court in a matter that could have and should have been handled by counsel without burdening the Court.

Plaintiffs' counsel *rejected* SGBL's suggested date to discuss the case this week via an e-mail *on Thanksgiving Day*. Yesterday, on Monday, December 1, SGBL's counsel returned to the office from the holiday and informed Plaintiffs' counsel that he would respond with a date and a time to speak. Instead of waiting for a response, Plaintiffs' counsel elected to file a letter with the Court.

SGBL intends to respond to Plaintiffs' counsel today with a time and date *this week* to discuss the remand of this case to Your Honor, including proposed next steps. SGBL therefore believes that Plaintiffs' letter for a pre-motion conference is premature.

Respectfully submitted,

*/s/ Brian J. Leske*

*Counsel for Société Générale de Banque au Liban S.A.L.*

cc: All Counsel of record (Via ECF)