

January 16, 2026

Robert Joseph Tolchin
The Berkman Law Office, LLC
111 Livingston Street, Ste. 1928
Brooklyn, NY 11201

      Re: *Lelchook et al v. Société Générale De Banque Au Liban Sal et al.*,
         1:19-cv-00033(CBA)(VMS)

Dear Attorney Tolchin:

We represent Société Générale De Banque Au Liban S.A.L. ("SGBL"), the Defendant in the above-referenced matter. Pursuant to Rule 3(D)(i) of Judge Carol Bagley Amon's Individual Motion Practices and Rules, attached please find:

1. SGBL's Notice of its Motion to Dismiss; and

2. SGBL's Memorandum of Law in Support of its Motion to Dismiss.


Dated: January 16, 2026                 Respectfully submitted,

                                   */s/ Michael J. Sullivan*
                                   Michael J. Sullivan
                                   Brian J. Leske
                                   Ashcroft Law Firm, LLC
                                   200 State Street, 7th Floor
                                   Boston, MA 02109
                                   617-573-9400
                                   msullivan@ashcroftlawfirm.com
                                   bleske@ashcroftlawfirm.com

                                   *Counsel for Defendant Société Générale de Banque au Liban S.A.L*

cc:  Judge Carol Bagley Amon (via ECF, w/o attachments)