ASHCROFT™

May 8, 2026

**VIA ECF**

Honorable Judge Vera M. Scanlon
United States District Court Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

**Re:** ***Lelchook, et al. v. Société Générale de Banque au Liban S.A.L.*, 1:19-cv-00033-CBA-VMS**

Dear Judge Scanlon:

Per Your Honor's Order dated March 11, 2026, the parties respectfully submit this joint status letter regarding discovery in this case.

On April 28, 2026, the Honorable Judge Carol Bagley Amon heard oral argument on Defendant Société Générale de Banque au Liban S.A.L.'s ("SGBL") motion to dismiss for lack of subject-matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1). The Court reserved decision on the motion.

The Court additionally set a briefing schedule for SGBL's motion to dismiss for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). The schedule for the motion is as follows:

1. SGBL's Motion to Dismiss is due on May 26, 2026;
2. Plaintiffs' Opposition is due on June 9, 2026;
3. SGBL's Reply is due on June 23, 2026; and
4. Oral Argument is set for July 20, 2026.

In light of the Court's reservation of decision on SGBL's Rule 12(b)(1) motion and the briefing schedule and upcoming oral argument on SGBL's Rule 12(b)(6) motion, the parties agree that a continued stay of discovery is appropriate and would conserve both judicial and party resources. The parties propose filing a joint status report with their respective positions regarding discovery seven (7) days after the oral argument on SGBL's Rule 12(b)(6) motion.

15 Broad Street | Suite 500 | Boston, MA 02109 | Tel: 617 573 9400
www.AshcroftLawFirm.com
Austin | Boston | St. Louis | Washington, DC

Respectfully submitted,

THE BERKMAN LAW OFFICE, LLC

*/s/Robert J. Tolchin*
Robert J. Tolchin
829 East 15th Street, Box 7
Brooklyn, New York 11230
718-855-3627
rtolchin@berkmanlaw.com

*Counsel for Plaintiffs*

ASHCROFT LAW FIRM, LLC

*/s/Michael J. Sullivan*
Michael J. Sullivan
Brian J. Leske
15 Broad Street, Suite 500
Boston, MA 02109
617-573-9400
msullivan@ashcroftlawfirm.com
bleske@ashcroftlawfirm.com

*Counsel for Defendant Société Générale de Banque au Liban S.A.L*