ASHCROFT™

May 28, 2026

**VIA ECF**

Honorable Judge Vera M. Scanlon
United States District Court Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

**Re:** ***Lelchook, et al. v. Société Générale de Banque au Liban S.A.L.*, 1:19-cv-00033-CBA-VMS**

Dear Judge Scanlon:

Per Your Honor's Order dated May 14, 2026, Defendant Société Générale de Banque au Liban S.A.L ("SGBL") and Plaintiffs (collectively, "the parties") respectfully submit this joint status letter as to the authorized discovery in this case.

**Status of Authorized Discovery**

1. Initial discovery commenced following the Initial Conference on December 17, 2025.
2. The Court authorized discovery to "proceed as follows: 1) the parties must exchange initial disclosures; 2) Defendant must respond to Plaintiff's requests for materials; and 3) the parties must confer at length as to the discovery carried out in *Bartlett* and whether leveraging such discovery may ease the burden of the extensive discovery anticipated in this matter." February 18, 2025 Order.
3. SGBL responded and objected to Plaintiffs' First Request for the Production of Documents on January 16, 2026.

4. On March 4, 2026, the parties submitted a joint status letter explaining that the discovery produced in *Bartlett* to date appears to be of very limited use, if any, in this case.
5. On May 26, 2026, SGBL provided Plaintiffs with its Initial Disclosures.
6. This Court has ordered the parties to file a joint letter informing the Court of the first decision on the either of SGBL's pending motions to dismiss within seven days of such decision. May 14, 2026 Order.
7. The Court continued the stay of discovery through that date. *Id*.

Respectfully submitted,

THE BERKMAN LAW OFFICE, LLC

*/s/Robert J. Tolchin* (with permission)
Robert J. Tolchin
829 East 15th Street, Box 7
Brooklyn, New York 11230
718-855-3627
rtolchin@berkmanlaw.com

*Counsel for Plaintiffs*

ASHCROFT LAW FIRM, LLC

*/s/Michael J. Sullivan*
Michael J. Sullivan
Brian J. Leske
15 Broad Street, Suite 500
Boston, MA 02109
617-573-9400
msullivan@ashcroftlawfirm.com
bleske@ashcroftlawfirm.com

*Counsel for Defendant Société Générale de Banque au Liban S.A.L*